EMILIO HERNANDEZ V. THE STATE.

No. 1809. Decided May 22, 1912.

**1.—Burglary—Jurisdiction—Verdict.**

Where the purported judgment does not give the verdict rendered, and it nowhere appears in the record, this court has no jurisdiction.

**2.—Nunc Pro Tunc—Judgment.**

A correct judgment may be rendered nunc pro tunc if, as a matter of fact, there is a verdict to support it.

Appeal from the District Court of Orange. Tried below before the Hon. W. B. Powell.

Appeal from a conviction of burglary; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, JUDGE.—This appears to be an attempted appeal from a conviction for burglary. An inspection of the record does not show any verdict of the jury. The purported judgment rendered does not give the verdict nor is it anywhere else contained in the record. This being the case this court can not entertain jurisdiction.

The law provides that upon the proper motion, notice, etc., a correct judgment may be rendered nunc pro tunc, if, as a matter of fact, a verdict was correctly rendered and received by the court. Under the circumstances the case must be dismissed.

*Dismissed.*